

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC KELLEY, PATRICK HESTERS, and ERIC DUNNICK, on behalf of themselves and similarly situated individuals<br><br>                                          **Plaintiff,**<br>V.<br><br>CITY OF SAN DIEGO<br><br><br>                                          **Defendant.** | **Civil Action No.** 19-cv-0622-GPC-BGS<br><br><br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Settlement Agreement submitted to the Court as Exhibit 1 to the Declaration of Alison P. Adema (ECF No. 93-2) is approved as a fair and just negotiated resolution of bona fide disputes between the Parties, and the Parties shall fully abide by and perform the Settlement Agreement in its entirety and according to its terms: The action is dismissed WITH PREJUDICE as to the 705 Plaintiffs identified on Exhibit A to the Settlement Agreement. Pursuant to the Settlement Agreement, the Court approves the payment of a contingency fee to Plaintiffs' counsel on a pro rata basis from Plaintiffs' liquidated damages in the amount of $449,853, including costs, in addition to the $250,000 allotted to attorney's fees in the settlement agreement. The Court retains jurisdiction over the above-captioned lawsuit for the purposes of enforcing the Settlement Agreement.

| | |
|---|---|
| **Date:** 2/8/21 | **CLERK OF COURT**<br>**JOHN MORRILL, Clerk of Court**<br>By: s/ D. Gilbert<br>                                  D. Gilbert, Deputy |